# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR.,<br>                                    Appellant,<br>                    vs.<br>THE STATE OF NEVADA,<br>                                    Respondent. | No. 80068<br><br>**FILED**<br><br>DEC 0 9 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>      DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to set/adjust sex offender tier rating." Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver

cc:    Hon. Ronald J. Israel, District Judge
       Felton L. Matthews, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-49753